SEND

FILED
CLERK, U S DISTRICT COURT

AUG - 1 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL DISTRIBUTORS CORP., a corporation,<br><br>PLAINTIFF(S)<br>v.<br>MYLAN LABORATORIES, INC., a corporation, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 07-04859 VBF (AGRx)<br><br>ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE<br>☑ FOR DISCOVERY<br>☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of  28 U.S.C Section 455(a) 

HEREBY ORDERS the case reassigned by the Clerk in accordance with section 3.2 of General Order 07-02

August 1, 2007
Date

_Alicia G. Rosenberg_
United States Magistrate Judge

## NOTICE TO COUNSEL FROM THE CLERK

This case has been randomly referred to Magistrate Judge __Victor B. Kenton__
On all documents subsequently filed in this case, substitute the initials __VBK__ after the case number in place of the initials of the prior Magistrate Judge so that the case number will read as: __CV 07-4859 VBF (VBKx)__.

This is very important because documents are routed to the Magistrate Judge by means of the initials

CV-110 (06/07)        ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE

ENTERED ON CM 8/6/07