1  MCGUIRE WOODS LLP
   SUSAN L. GERMAISE #176595
2  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
3  Telephone: (310) 315-8200
   Facsimile: (310) 315-8210
4
5  Attorneys for Defendant
   MYLAN LABORATORIES INC.
6
7
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL DISTRIBUTORS CORP., a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MYLAN LABORATORIES, INC., a corporation; STERICYCLE, INC., a corporation; DEVOS, LTD. WHICH WILL DO BUSINESS IN CALIFORNIA AS GUARANTEED RETURNS, a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 07-04859-VBF-(VBKx)<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MYLAN LABORATORIES, INC., AND STERICYCLE, INC. TO RESPOND TO COMPLAINT<br><br>Discovery Cutoff:   None set<br>Motion Cutoff:      None set<br>Pre-Trial Conf.:    None set<br>Trial:              None set |

Plaintiff REBEL DISTRIBUTORS CORP and Defendants MYLAN LABORATORIES, INC. and STERICYCLE, INC. (collectively, "the Parties"), by and through their counsel of record herein, and subject to confirmation by order of the court, hereby stipulate as follows:

   1.   WHEREAS, the Complaint in this matter was filed on June 26, 2007 in

47124151                              1

Los Angeles Superior Court (the "Action");

2. WHEREAS, on July 27, 2007, Mylan removed the Action to this Court which removal was joined by Stericycle.

3. WHEREAS on July 30, 2007, and in accordance with Central District Local Rule 8-3, the Parties stipulated to extend the time for Mylan and Stericycle to respond to the Complaint through and including August 24, 2007;

4. WHEREAS on August 16, 2007, and in accordance with Local Rule 7-3, the Parties participated in a pre-filing conference with respect to the claims set forth in the Complaint.

5. WHEREAS, based upon the pre-filing conference, Rebel advised Mylan and Stericyle that it would be inclined to dismiss certain claims asserted against Mylan and Stericyle, and that it would be inclined to amend certain claims asserted against Mylan and Stericyle.

6. WHEREFORE, the Parties hereby request that the time to file a responsive pleading be extended to September 4, 2007 so that Rebel can dismiss certain claims asserted against Mylan and Stericyle, and otherwise amend the Complaint without the necessity of Mylan and Stericyle filing a responsive pleading.

7. WHERFORE, the Parties stipulate that this Stipulation may be executed by counterpart and by facsimile.

4712415 1

2

Stipulation

IT IS SO STIPULATED.

DATED: August 17, 2007            McGuireWoods LLP

By: _____
    Susan L. Germaise
    Attorneys for MYLAN LABORATORIES
    INC.

DATED: August 17, 2007            LeBoeuf, Lamb, Greene & MacRae LLP

By: _____
    Angela Sanneman
    Attorneys for STERICYCLE, INC., a
    corporation

DATED: August 17, 2007            THE GUERRINI LAW FIRM

By: _____
    John Guerrini
    Attorneys for REBEL DISTRIBUTORS
    CORP., a corporation

ORDER

The Stipulation and terms included above are SO ORDERED.

Date: 8-21-07                     _____
                                  United States District Court Judge

47124151

3

Stipulation

IT IS SO STIPULATED.

DATED: August 17, 2007         McGuireWoods LLP

By: _____
Susan L. Germaise
Attorneys for MYLAN LABORATORIES INC.

DATED: August 17, 2007         LeBoeuf, Lamb, Greene & MacRae LLP

By: _____
Angela Sanneman
Attorneys for STERICYCLE, INC., a corporation

DATED: August 17, 2007         THE GUERRINI LAW FIRM

By: _____
John Guerrini
Attorneys for REBEL DISTRIBUTORS CORP., a corporation

ORDER

The Stipulation and terms included above are SO ORDERED.

Date:_____         _____
United States District Court Judge

47124151                                    3
Stipulation

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, California 90067.

On August 20, 2007, I served the following document(s) described as **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MYLAN LABORATORIES, INC., AND STERICYCLE, INC. TO RESPOND TO COMPLAINT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately ____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (310) 315-8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY HAND DELIVERY:** I delivered such envelope(s) by hand to the office of the addressee(s). (C.C.P. § 1011(a)(b))

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s). (C.C.P. § 1011)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 20, 2007, at Los Angeles, California.

REBECCA GARNER

4714908 1

**Rebel Distributors Corp. vs. Myland Laboratories, Inc., et al.**
**SERVICE LIST**

Counsel for Plaintiff
John D. Guerrini, Esq.
THE GUERRINI LAW FIRM
750 East Green Street, Suite 200
Pasadena, California  91101

Counsel for Defendant Stericycle, Inc.
Dean Hansell, Esq.
Angela L. Sanneman, Esq.
LeBoeuf, Lamb, Greene & MacRae LLP
725 South Figueroa Street, Suite 3100
Los Angeles, California  90017

4714908 1

-2-