MCGUIREWOODS LLP
Susan L. Germaise (176595)
1800 Century Park East, 8th floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
sgermaise@mcguirewoods.com

Attorneys for Defendants
Mylan Inc. f/k/a Mylan Laboratories Inc.
and Stericycle Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL DISTRIBUTORS CORP., a corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MYLAN LABORATORIES INC., a corporation; STERICYCLE, INC., a corporation; DEVOS LTD. WHICH WILL DO BUSINESS IN CALIFORNIA AS GUARANTEED RETURNS, a corporation. DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 07-4859-VBF(AGRx)<br><br>**NOTICE OF SETTLEMENT BETWEEN REBEL DISTRIBUTORS CORP., AND MYLAN INC. F/K/A MYLAN LABORATORIES INC. AND STERICYCLE INC.** |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that REBEL DISTRIBUTORS CORP., a corporation and Mylan Inc. f/k/a Mylan Laboratories Inc. and Stericycle Inc. have

6388945.1

1  reached an agreement to settle this matter in the amount of $110,000, subject to
2  this Court finding said settlement to have been made in good faith.

4  DATED: July 10, 2008             McGuireWoods LLP

6                                    By: /s/ Susan L. Germaise
                                          Susan L. Germaise
7                                         Attorneys for Mylan Inc. f/k/a Mylan
8                                         Laboratories Inc. and Stericycle, Inc.

6388945.1                          -2-