NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL DISTRIBUTORS CORP., a corporation, | Case No. CV 07-4859-VBF (AGRx) |
| Plaintiff, | **JUDGMENT** |
| vs. | TRIAL DATE: August 12-15, 2008 |
| MYLAN LABORATORIES, INC., a corporation; STERICYCLE, INC., a corporation; DEVOS, LTD. WHICH WILL DO BUSINESS IN CALIFORNIA AS GUARANTEED RETURNS, a corporation, DOES 1 through 100 inclusive, Defendants. | Courtroom of the Hon. Valerie Baker Fairbank |

The above entitled matter was tried by the Court, the Honorable Valerie Baker Fairbank presiding, without a jury on August 12, 13, 14, and 15, 2008, and the following decision was reached:

IT IS HEREBY ORDERED that:

1. On the first cause of action for breach of oral contract, plaintiff Rebel Distributors Corp. shall recover from defendant Devos, Ltd. which will do business in California as Guaranteed Returns the amount of $59,031.81 for adjusted service fees. As to all other claims in plaintiff's first cause of action for breach of oral contract, plaintiff Rebel Distributors Corp. shall

-1-

**[PROPOSED] JUDGMENT**

I:\16840\020\Pleadings\[Proposed] JUDGMENT.wpd

recover nothing from defendant Devos, Ltd. which will do business in California as Guaranteed Returns.

      2.    On plaintiff's second cause of action for breach of written contract, plaintiff Rebel Distributors Corp. shall recover nothing from defendant Devos, Ltd. which will do business in California as Guaranteed Returns.

      3.    On plaintiff's third cause of action for conversion, plaintiff Rebel Distributors Corp. shall recover nothing from defendant Devos, Ltd. which will do business in California as Guaranteed Returns.

      4.    Defendant Devos, Ltd. which will do business in California as Guaranteed Returns is the prevailing party and shall recover costs from plaintiff Rebel Distributors Corp., as determined by the court, in the amount of $ _____.

DATED: September 19, 2008

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP


By:_____
    ROY G. RIFKIN
    Attorneys for Defendant Devos, Ltd. Which
    Will Do Business in California As Guaranteed
    Returns