THE GUERRINI LAW FIRM
John D. Guerrini, Esq. (SBN 190972)
750 East Green Streeet, #200
Pasadena, CA 91101
Tel: (626) 229-9611
Fax: (626) 229-9615
Attorneys for Plaintiff, REBEL DISTRIBUTORS CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL DISTRIBUTORS CORP., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MYLAN LABORATORIES, INC., a corporation; STERICYCLE, INC., a corporation; DEVOS, LTD. WHICH WILL DO BUSINESS IN CALIFORNIA AS GUARANTEED RETURNS, a corporation, DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. CV 07-4859-VBF (AGRx)<br><br>ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT |

Full satisfaction of the judgment in the above-entitled action is acknowledged by plaintiff Rebel Distributors Corp. which has accepted payment from defendant Devos Ltd. which will do business in California as Guaranteed Returns of the sum of $54,064.96, representing the judgment amount in plaintiff's favor of $59,031.81 less the costs awarded to defendant in the amount of $4,966.85.

-1-
ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT
I:\16840\020\Pleadings\Plntff's Acknow JUDGMNT.wpd

-2-

1    Judgment was entered on September 19, 2008.

3    Rebel Distributors Corp. represents that it has not recorded an abstract of
4 judgment or certified copy of the judgment in any county and has not filed a notice of
5 judgment lien with the Secretary of State.

7 DATED: ~~October~~ November 4, 2008     THE GUERRINI LAW FIRM

9                             By: _____
10                                   JOHN D. GUERRINI
                        Attorneys for Plaintiff Rebel Distributors Corp.

-2-

ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT

I:\16840\020\Pleadings\Plntff's Acknow JUDGMNT.wpd

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__

On __November 4, 2008__ before me, __Julie Nitao, Notary Public__,
  Date                                  Here Insert Name and Title of the Officer

personally appeared __John D. Guerrini__
                      Name(s) of Signer(s)

[Notary Seal: JULIE NITAO, Commission # 1614629, Notary Public - California, Los Angeles County, My Comm. Expires Oct 18, 2009]

Place Notary Seal Above

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
            Signature of Notary Public

———— OPTIONAL ————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Acknowledgment of Full Satisfaction of Judgment__

Document Date: __November 4, 2008__    Number of Pages: __One__

Signer(s) Other Than Named Above: __None__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827