THE GUERRINI LAW FIRM
John D. Guerrini (190972)
750 East Green Street, #200
Pasadena, CA 91101
626-229-9611 telephone
626-229-9615 facsimile
guerrini@guerrinilaw.com
Attorneys for Plaintiff Rebel Distributors Corp.
[3317]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEL DISTRIBUTORS CORP., a corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MYLAN LABORATORIES, INC., a corporation; STERICYCLE, INC., a corporation; DEVOS, LTD. WHICH WILL DO BUSINESS IN CALIFORNIA AS GUARANTEED RETURNS, a corporation.<br>DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 07-4859-VBF(AGRx)<br><br>**NOTICE OF WITHDRAWAL OF APPLICATION TO CLERK TO TAX COSTS** |

Please take notice that Plaintiff Rebel Distributors Corp. hereby withdraws its application to the Clerk to tax costs.

Dated: January 26, 2011				THE GUERRINI LAW FIRM


					/s/ John D. Guerrini
					By John D. Guerrini
					Attorneys for Plaintiff Rebel
					Distributors Corp.
					guerrini@guerrinilaw.com

-1-

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 750 E. Green Street, Suite 200, Pasadena, California 91101.

On January 26, 2011, I served the following documents on the designated parties in this action as follows:

- **NOTICE OF WITHDRAWAL OF APPLICATION TO THE CLERK TO TAX COSTS**

/ X /  (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

/ /  (BY PERSONAL SERVICE) I caused to be delivered by an authorized courier or driver of AMERICAN LEGAL SUPPORT SERVICES, INC. the documents listed above to be received and delivered on the same date by the person(s) listed below.

1 / /  (BY FACSIMILE) I caused a true and correct copy of the
2 documents listed above to be transmitted by facsimile machine to the
3 number listed below.  A copy of the transmission report, properly issued
4 by the transmitting machine, is on file at the firm.

Roy G Rifkin
Wolf Rifkin Shapiro & Schulman LLP
11400 West Olympic Boulevard
Ninth Floor
Los Angeles, CA 90064

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.  Executed on January 26, 2011, at Pasadena, California.

Julie Nitao

-2-